IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANGELO TRIGGS-NUNEZ,**<br><br>Petitioner,<br><br>v.<br><br>**BRIAN CATES,**<br><br>Respondent. | Case No. 2:22-cv-02122-TLN-DB<br><br>**ORDER** |

Respondent requests an extension of time to file a response to the petition as respondent has had difficulty obtaining the state record. (ECF No. 9 at 2.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for extension of time (ECF No. 9) is granted; and
2. Respondent shall have an additional 30 days, to and including April 17, 2023, to file a response to the petition for writ of habeas corpus.

DATED: March 20, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/R/trig2122.36resp

1