UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL ANGELO TRIGGS-NUNEZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN CATES, Warden,<br><br>Respondent. | No. 2:22-cv-02122 DJC DB P<br><br><br><br>ORDER |

Petitioner requested a 45-day extension of time to reply to respondent's answer. Petitioner's traverse, styled as a reply, was entered to the docket on August 31, 2023. (ECF No 17.) Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's request for an extension of time is granted; and

2. Petitioner's traverse (ECF No. 19) is deemed timely filed.

Dated: January 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
trig2122.111

1